**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7831**

CHRISTOPHER MOSBY, a/k/a C. Joseph Mosbey,

      Plaintiff - Appellant,

    v.

CLARENCE J. DELFORGE, III; ERIK HOOKS,

      Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00884-TDS-JLW)

Submitted:  August 18, 2021           Decided:  September 1, 2021

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Christopher Mosby, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mosby appeals the district court's order dismissing his 42 U.S.C. § 1983 action. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that Mosby's § 1983 action be dismissed as frivolous pursuant to 28 U.S.C. § 1915A. The magistrate judge advised Mosby that failure to file timely objections could waive appellate review of a district court's order based on the recommendation. On November 30, 2020, the district court determined that no objections had been filed and, after reviewing the matter, adopted the magistrate judge's recommendation and dismissed Mosby's § 1983 action as frivolous. The record discloses, however, that Mosby timely filed objections to the magistrate judge's recommendation.[*] Accordingly we vacate the district court's order and remand for consideration of Mosby's timely objections. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*

---

[*] Mosby "certified" that he placed his objections in the mail on November 18, 2020, within the 14-day deadline for filing objections. *See Houston v. Lack*, 487 U.S. 266, 276 (1988) (deeming document filed when given to prison officials for mailing).